**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas A. Godwin, II and Kelly A. Godwin | CHAPTER 13 |
| Debtor(s) | BKY. NO. 15-20715 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Countrywide Bank, FSB., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4714

                                               Respectfully submitted,

                                             **/s/ James C. Warmbrodt, Esquire**
                                             James C. Warmbrodt, Esquire
                                             jwarmbrodt@kmllawgroup.com
                                             Attorney I.D. No. 42524
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             Phone: 215-825-6306
                                             Fax: 215-825-6406
                                             Attorney for Movant/Applicant