IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Thomas Godwin,  
Kelly Godwin,  

      Debtors,

Thomas Godwin,  
Kelly Godwin,  

      Movants,  
v

No Respondent.

Bankruptcy Case No. 16-20715-CMB  
Chapter 13

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Debtors' former address:

    Thomas & Kelly Godwin  
    108 Terrace Street  
    McDonald, PA  15057

Debtors' current and future address:

    Thomas & Kelly Godwin  
    6162 Noblestown Road  
    Oakdale, PA  15071

Dated: 02/17/17

/s/: David A. Rice, Esq.  
Attorney for Debtor(s)  
15 West Beau Street  
Washington, PA  15301  
ricelaw1@verizon.net  
724-225-7270  
PA ID 50329