**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

01/09/2018

IN RE:

THOMAS A. GODWIN, II
6162 NOBLESTOWN ROAD
OAKDALE, PA 15071
XXX-XX-8753            Debtor(s)

Case No.15-20715 CMB

Chapter 13

KELLY A. GODWIN
162 NOBLESTOWN ROAD
OAKDALE, PA 15071
XXX-XX-9274

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/9/2018

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Credit Info |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** %JORDAN TAX SVC-CUR/DLNQ CLCTR POB 200 BETHEL PARK, PA 15102 | Trustee Claim Number: 1   INT %: 12.00% Court Claim Number: 8 CLAIM: 1,933.73 COMMENT: 492L146*$CL-PL@12%*2004-2006,2012-2015*W/29 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: L146 |
| **FANNIE MAE** C/O GREEN TREE SERVICING LLC PO BOX 0049 PALATINE, IL 60055-0049 | Trustee Claim Number: 2   INT %: 0.00% Court Claim Number: 5 CLAIM: 0.00 COMMENT: RS/DOE*SURR/PL*CL=108806.05 | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 4714 |
| **HARLEY DAVIDSON CREDIT CORP*** BOX 15129 PALATINE, IL 60055-5129 | Trustee Claim Number: 3   INT %: 6.00% Court Claim Number: 2 CLAIM: 6,884.40 COMMENT: $CL-PL@6%MDF/PL*DKT | CRED DESC: VEHICLE ACCOUNT NO.: 0875 |
| **OAKDALE BOROUGH (RE)** C/O JORDAN TAX SERVICE - DLNQ CLLCTR 102 RAHWAY RD MCMURRAY, PA 15219 | Trustee Claim Number: 4   INT %: 10.00% Court Claim Number: 7 CLAIM: 169.83 COMMENT: 492L146*$CL-PL@10%*2014*W/28 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: L146 |
| **WEST-AIRCOMM FCU** 485 BUFFALO ST BEAVER, PA 15009 | Trustee Claim Number: 5   INT %: 6.00% Court Claim Number: NCF CLAIM: 3,486.00 COMMENT: $@6%MDF/PL | CRED DESC: VEHICLE ACCOUNT NO.: 0902 |
| **W ALLEGHENY SD (OAKDALE) RE** C/O ANDREWS & PRICE-DLNQ CLCTR 1500 ARDMORE BLVD STE 506 PITTSBURGH, PA 15221 | Trustee Claim Number: 6   INT %: 10.00% Court Claim Number: 17 CLAIM: 3,621.29 COMMENT: 0492L00146*$CL-PL@10%/PL*2011-2013 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 0146 |
| **CERASTES LLC** C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE, WA 98124-3978 | Trustee Claim Number: 7   INT %: 0.00% Court Claim Number: 4 CLAIM: 1,964.14 COMMENT: BARCLAYS BANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3321 |
| **CANONSBURG HOSPITAL** PO BOX 951880 CLEVELAND, OH 44193 | Trustee Claim Number: 8   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: SEVERAL ACCNTS/SCH |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** C/O CAVALRY PORTFOLIO SERVICES LLC* PO BOX 27288 TEMPE, AZ 85282 | Trustee Claim Number: 9   INT %: 0.00% Court Claim Number: 10 CLAIM: 9,025.71 COMMENT: 4121748270627326/SCH*CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3814 |
| **CAPITAL ONE BANK NA**** C/O AMERICAN INFOSOURCE LP - AGENT POB 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10   INT %: 0.00% Court Claim Number: 9 CLAIM: 2,922.85 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7582 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  2,351.19<br>COMMENT:  489623625425575585/SCH*CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1599 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  3,840.75<br>COMMENT:  THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3074 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  4,910.69<br>COMMENT:  DELL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7392 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  601100611578 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  3,508.54<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3018 |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>2 PEACHTREE WY<br>BEAVER, PA  15009-1954 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5063252034 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GREATER PGH ORTHOPEADIC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  56426618001 |
| **INTERCARE SERVICES**<br>180 FT COUCH RD<br>PITTSBURGH, PA  15241 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1114830 |
| **JORDAN D JACOBSON**<br>31 JESS LN<br>MCDONALD, PA  15057 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  15,000.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9274 |
| **MARGARET A GOOD**<br>31 JESS LANE<br>MCDONALD, PA  15057 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  15,000.00<br>COMMENT:  DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9274 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  19044 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ST CLAIR HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  88648216 |
| **SOUTH HILLS CARDIOLOGY**<br>PO BOX 645019<br><br>PITTSBURGH, PA  15264 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  110296 |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br><br>CARROLLTON, TX  75007 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  COMCAST/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  52021157 |
| **THE DENTISTRY**<br>1346 HOFFMAN BLVD<br>KENNYWOOD MALL<br><br>WEST MIFFLIN, PA  15122 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  29562 |
| **UNIVERSITY OF PGH PHYSICIAN**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2014284461010002 |
| **WEST-AIRCOMM FCU**<br>485 BUFFALO ST<br><br>BEAVER, PA  15009 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CL DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4361000009171002 |
| **WELLS FARGO BANK**<br>PO BOX 660041<br><br>DALLAS, TX  75266-0041 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  3,786.04<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8985 |
| **OAKDALE BOROUGH (RE)**<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15219 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  41.16<br>COMMENT:  492L146*$CL-PL*2014*NON INT*W/4 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  L146 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  2,107.65<br>COMMENT:  492L146*04-06,12-15*NON INT*$CL-PL*W/1 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  L146 |
| **MARGARET A GOOD**<br>31 JESS LANE<br><br>MCDONALD, PA  15057 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  14,500.00<br>COMMENT:  COLLATERAL NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9274 |

CLAIM RECORDS

| | | |
|---|---|---|
| **MARGARET A GOOD** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 31 JESS LANE | Court Claim Number:16 | ACCOUNT NO.: 9274 |
| | CLAIM: 43,500.00 | |
| MCDONALD, PA  15057 | COMMENT: COLLATERAL NT/SCH | |
| **W ALLEGHENY SD (OAKDALE) RE** | Trustee Claim Number:32  INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O ANDREWS & PRICE-DLNQ CLCTR | Court Claim Number:NC | ACCOUNT NO.: 0146 |
| 1500 ARDMORE BLVD STE 506 | | |
| | CLAIM: 3,728.39 | |
| PITTSBURGH, PA  15221 | COMMENT: 0492L00146*14-15*$@10%/PL*PIF/CR/LTR | |

Case 15-20715-CMB    Doc 47    Filed 01/09/18    Entered 01/09/18 14:13:54    Desc
Page 6 of 6