**UNITED STATES BANKRUPTCY COURT**
**Western District Of Pennsylvania**

**IN RE:** THOMAS A GODWIN; KELLY A GODWIN           **CASE NO:** 1520715

**NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS**

Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 3 from the Chapter 13 Trustee should be sent to the following address:

| **OLD Payment Address:** | **NEW Payment Address:** |
|---|---|
| Wells Fargo Bank | |
| PO Box 660041 | Wells Fargo Bank, N.A. |
| Dallas, TX 75266-0041 | PO Box 14487 |
| | Des Moines, IA 50309 |

  /s/  Cecilia  Shelton
Cecilia  Shelton
Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
Telephone: 1-877-455-9946
Email address: wffbankruptcy@wellsfargo.com

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing Notice of Change of Address for Payments has been served electronically on the Chapter 13 Trustee and the Debtor(s)' counsel on the same day it was filed with the Court.

/s/   Cecilia  Shelton