IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Thomas A. Godwin II | ) | Bankruptcy No. 15-20715 CMB |
| Kelly A. Godwin | ) | |
|     Debtor (s) | ) | FILED |
| | ) | 2/7/20 3:59 pm |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | CLERK |
| | ) | U.S. BANKRUPTCY |
|     Applicant(s) | ) | COURT - WDPA |
| v. | ) | Doc. No.   49 |
| No Respondent | ) | |
| | ) | **ENTERED BY DEFAULT** |
|     Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, this __7th__ day of __February__, 2020, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $5,531.50, of which $5,475.00 are attorney fees and $56.50 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00.  This award covers the period from 2/15/2015 to 1/19/2020.

Therefore, the Application in its face amount of $1,531.50 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $1,531.50 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between February 15, 2015 and January 19, 2020 in the amount of **$1,475.00** and expenses in the amount of **$56.50**.  The total award of compensation for services to date, is **$5,475.00** and expenses in the amount of **$56.50** for a grand total in the amount of **$5,531.50.**

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas A. Godwin, II
Kelly A. Godwin
    Debtors

Case No. 15-20715-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                    Page 1 of 1                  Date Rcvd: Feb 07, 2020
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
db/jdb         +Thomas A. Godwin, II,   Kelly A. Godwin,   6162 Noblestown Road,   Oakdale, PA 15071-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae andygornall@latouflawfirm.com
      David A. Rice    on behalf of Joint Debtor Kelly A. Godwin ricelaw1@verizon.net, lowdenscott@gmail.com
      David A. Rice    on behalf of Debtor Thomas A. Godwin, II ricelaw1@verizon.net, lowdenscott@gmail.com
      James Warmbrodt    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Oakdale jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
      Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Joint Debtor Kelly A. Godwin niclowlgl@comcast.net
      Scott R. Lowden    on behalf of Debtor Thomas A. Godwin, II niclowlgl@comcast.net
                                                                                                  TOTAL: 11