# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  THOMAS A. GODWIN, II<br>KELLY A. GODWIN<br>          Debtor(s) | Case No. 15-20715CMB |
| Ronda J. Winnecour, Trustee<br>   Movant<br>          vs.<br>THOMAS A. GODWIN, II<br>KELLY A. GODWIN<br><br>     Respondents | Chapter 13<br><br>Document No. 56 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __31st__ day of __March__, 20_20_ it is hereby ORDERED, ADJUDGED, and DECREED that,

Bcd Travel
Attn: Payroll Manager
Six Concourse Pwy Ne Ste 2400
Atlanta, GA 30328

is hereby ordered to immediately terminate the attachment of the wages of KELLY A. GODWIN, social security number XXX-XX-9274. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KELLY A. GODWIN.

FILED
3/31/20 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-20715-CMB
Thomas A. Godwin, II                                                  Chapter 13
Kelly A. Godwin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Mar 31, 2020
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db/jdb         +Thomas A. Godwin, II,   Kelly A. Godwin,   6162 Noblestown Road,   Oakdale, PA 15071-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae andygornall@latouflawfirm.com
              David A. Rice    on behalf of Joint Debtor Kelly A. Godwin ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Thomas A. Godwin, II ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt     on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Oakdale jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Joint Debtor Kelly A. Godwin niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Thomas A. Godwin, II niclowlgl@comcast.net
                                                                                             TOTAL: 11