**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Thomas A. Godwin II**
**Kelly A. Godwin**
Debtor(s)

Bankruptcy Case No.: 15−20715−CMB
Related to Doc. No. 60
Chapter: 13
Docket No.: 61 − 60

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 15-20715-CMB
Thomas A. Godwin, II                                                                     Chapter 13
Kelly A. Godwin
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                 Page 1 of 2              Date Rcvd: May 28, 2020
                              Form ID: 408               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db/jdb         +Thomas A. Godwin, II,    Kelly A. Godwin,    6162 Noblestown Road,    Oakdale, PA 15071-1347
14004827       +Allegheny Co Real Estate Taxes,    c/o Jordan Tax service,    102 Rahway Road,
                 McMurray, PA 15317-3349
14004828       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
14004829       +Blatt, Hasenmiller /CitiBank,    1835 Market Street, Suite 501,    Philadelphia, PA 19103-2933
14042408       +Borough of Oakdale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14004830       +Canonsburg Hospital,    Attn: Patient Accounting,    P.O. Box 644921,
                 Pittsburgh, PA 15264-4921
14004834       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14042410       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh,, PA 15219-6101
14042409       +County of Allegheny,    c/o Goehrong Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14033769      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:   Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
14004838        Green Tree Servicing LLC,    345 St Peter Street,    1100 Landmak Towers,    Saint Paul, MN 55102
14033770       +Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14011671       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
14004840       +Heritage Valley Health System,    P.O. Box 382094,    Pittsburgh, PA 15251-8094
14004841       +IC System / Greater PGH Orthorpeadic,    Attn: Bankruptcy,    444 Highway 96 East; Po Box 64378,
                 St. Paul, MN 55164-0378
14004842       +Intercare Services,    180 Ft Couch Road,    Pittsburgh, PA 15241-1041
14067618       +Jordan D. Jacobson,    31 Jess Ln.,    McDonald, PA 15057-2331
14004843       +Jordan Jacobson,    108 Terrace Street,    Mc Donald, PA 15057-1241
14004844       +Margaret Good,    37 Jess Lane,    Mc Donald, PA 15057-2331
14004845       +NCO / ST Clair Hosp.,    5 Penn Center West,    Pittsburgh, PA 15276-0120
14004846       +Oakdale Boro Municipal Taxes,    c/o Jordan Tax Services,    102 Rahway Road,
                 McMurray, PA 15317-3349
14004848       +SW Credit / Comcast,    4120 International Prky, Suite 1100,    Carrollton, TX 75007-1958
14004847       +South Hills Cardiology,    P.O. Box 645019,    Pittsburgh, PA 15264-5019
14004849       +The Dentistry,    300 Fleet Street, Suite 200,    Pittsburgh, PA 15220-2921
14004850       +UPMC Physicians Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14013429        Wells Fargo Bank N.A.,    PO Box 10438,    Des Moines, Ia 50306-0438
14004853       +West Allegheny School District,    c/o Andrews & Price,    1500 Ardmore Blvd., Suite 506,
                 Pittsburgh, PA 15221-4468
14004854       +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14026700       +E-mail/Text: bncmail@w-legal.com May 29 2020 04:55:18      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14004831       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 04:51:48      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
14042618        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 04:52:16
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14049160       +E-mail/Text: bankruptcy@cavps.com May 29 2020 04:55:28      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14004835        E-mail/PDF: DellBKNotifications@resurgent.com May 29 2020 05:06:06      Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,    Austin, TX 78708
14009371        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14004836       +E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14004839       +E-mail/Text: bankruptcy.notices@hdfsi.com May 29 2020 04:55:40      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14075612        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 05:06:09
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14004851       +E-mail/Text: adjustor@westaircomm.com May 29 2020 04:54:27      West Aircomm Fcu,
                 485 Buffalo St,    Beaver, PA 15009-2058
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Borough of Oakdale
cr             GREEN TREE SERVICING LLC
cr             Green Tree Servicing LLC, as authorized servicer f
```

```
District/off: 0315-2           User: dric              Page 2 of 2               Date Rcvd: May 28, 2020
                               Form ID: 408            Total Noticed: 38

cr*             +WELLS FARGO BANK, N.A.,   PO BOX 10438,   DES MOINES, IA 50306-0438
14004832*       +Capital 1 Bank,   Attn: General Correspondence,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14004833*       +Capital 1 Bank,   Attn: General Correspondence,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14004837*       +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
14004852*       +West Aircomm Fcu,   485 Buffalo St,   Beaver, PA 15009-2058
                                                                                 TOTALS: 4, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae andygornall@latouflawfirm.com
          David A. Rice    on behalf of Joint Debtor Kelly A. Godwin ricelaw1@verizon.net,
           lowdenscott@gmail.com
          David A. Rice    on behalf of Debtor Thomas A. Godwin, II ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Oakdale jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC jgoldman@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Thomas A. Godwin, II niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Joint Debtor Kelly A. Godwin niclowlgl@comcast.net
                                                                                             TOTAL: 11
```