**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    THOMAS A. GODWIN, II<br>    KELLY A. GODWIN<br>              Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>         vs.<br>    No Repondents. | Case No.:15-20715<br><br>Chapter 13<br><br>Document No.:   60<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___14th___ day of ___July___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
7/14/20 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                          Case No. 15-20715-CMB
Thomas A. Godwin, II                                                            Chapter 13
Kelly A. Godwin
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: nsha                  Page 1 of 2                  Date Rcvd: Jul 14, 2020
                              Form ID: pdf900             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db/jdb         +Thomas A. Godwin, II,    Kelly A. Godwin,    6162 Noblestown Road,    Oakdale, PA 15071-1347
14004827       +Allegheny Co Real Estate Taxes,    c/o Jordan Tax service,   102 Rahway Road,
                 McMurray, PA 15317-3349
14004828       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
14004829       +Blatt, Hasenmiller /CitiBank,    1835 Market Street, Suite 501,    Philadelphia, PA 19103-2933
14042408       +Borough of Oakdale,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14004830       +Canonsburg Hospital,    Attn: Patient Accounting,    P.O. Box 644921,
                 Pittsburgh, PA 15264-4921
14004834       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14042410       +County of Allegheny,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh,, PA 15219-6101
14042409       +County of Allegheny,    c/o Goehrong Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14033769      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,     PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
14004838        Green Tree Servicing LLC,    345 St Peter Street,    1100 Landmak Towers,    Saint Paul, MN 55102
14033770       +Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14011671       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
14004840       +Heritage Valley Health System,    P.O. Box 382094,    Pittsburgh, PA 15251-8094
14004841       +IC System / Greater PGH Orthorpeadic,     Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,
                 St. Paul, MN 55164-0378
14004842       +Intercare Services,    180 Ft Couch Road,    Pittsburgh, PA 15241-1041
14067618       +Jordan D. Jacobson,    31 Jess Ln.,    McDonald, PA 15057-2331
14004843       +Jordan Jacobson,    108 Terrace Street,    Mc Donald, PA 15057-1241
14004844       +Margaret Good,    37 Jess Lane,    Mc Donald, PA 15057-2331
14004845       +NCO / ST Clair Hosp.,    5 Penn Center West,    Pittsburgh, PA 15276-0120
14004846       +Oakdale Boro Municipal Taxes,    c/o Jordan Tax Services,   102 Rahway Road,
                 McMurray, PA 15317-3349
14004848       +SW Credit / Comcast,    4120 International Prky, Suite 1100,    Carrollton, TX 75007-1958
14004847       +South Hills Cardiology,    P.O. Box 645019,    Pittsburgh, PA 15264-5019
14004849       +The Dentistry,    300 Fleet Street, Suite 200,    Pittsburgh, PA 15220-2921
14004850       +UPMC Physicians Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14013429        Wells Fargo Bank N.A.,    PO Box 10438,    Des Moines, Ia 50306-0438
14004853       +West Allegheny School District,    c/o Andrews & Price,   1500 Ardmore Blvd., Suite 506,
                 Pittsburgh, PA 15221-4468
14004854       +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14026700       +E-mail/Text: bncmail@w-legal.com Jul 15 2020 04:51:51      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14004831       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2020 05:03:04      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
14042618        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2020 05:02:17
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14049160       +E-mail/Text: bankruptcy@cavps.com Jul 15 2020 04:51:56      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14004835        E-mail/PDF: DellBKNotifications@resurgent.com Jul 15 2020 05:03:56       Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    Po Box 81577,   Austin, TX 78708
14009371        E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:51:11      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14004836       +E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:51:11      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14004839       +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 15 2020 04:52:05       Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14075612        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 05:02:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14004851       +E-mail/Text: adjustor@westaircomm.com Jul 15 2020 04:51:12      West Aircomm Fcu,
                 485 Buffalo St,    Beaver, PA 15009-2058
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Borough of Oakdale
cr             GREEN TREE SERVICING LLC
cr             Green Tree Servicing LLC, as authorized servicer f
```

```
District/off: 0315-2          User: nsha                  Page 2 of 2                  Date Rcvd: Jul 14, 2020
                              Form ID: pdf900             Total Noticed: 38

cr*             +WELLS FARGO BANK, N.A.,   PO BOX 10438,   DES MOINES, IA 50306-0438
14004832*       +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                  Salt Lake City, UT 84130-0285
14004833*       +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                  Salt Lake City, UT 84130-0285
14004837*       +Discover Fin Svcs Llc,    Po Box 15316,   Wilmington, DE 19850-5316
14004852*       +West Aircomm Fcu,    485 Buffalo St,    Beaver, PA 15009-2058
                                                                                               TOTALS: 4, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae andygornall@latouflawfirm.com
          David A. Rice    on behalf of Joint Debtor Kelly A. Godwin ricelaw1@verizon.net,
           lowdenscott@gmail.com
          David A. Rice    on behalf of Debtor Thomas A. Godwin, II ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Oakdale jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Joshua I. Goldman    on behalf of Creditor   GREEN TREE SERVICING LLC jgoldman@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Thomas A. Godwin, II niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Joint Debtor Kelly A. Godwin niclowlgl@comcast.net
                                                                                             TOTAL: 11
```